Nathan BURNETT and Brittany Burnett by and through their Next Friend, Billie MONAHAN, and Billie Monahan, Individually, Respondent,

v.

Jeffrey BURNETT, Appellant.

No. WD 66054.

Missouri Court of Appeals, Western District.

Sept. 19, 2006.

---

William D. Piedimonte, Independence, MO, for appellant.

Billie Monahan, Oak Grove, pro se.

Scott C. Hamilton, Lexington, MO, for respondents Nathan and Brittany Burnett.

Before HOWARD, P.J.,
BRECKENRIDGE and HARDWICK, JJ.

### ORDER

PER CURIAM.

Jeffrey Burnett appeals the trial court's judgment denying his motion to modify the court's prior judgment of paternity, which declared him to be the father of Nathan Burnett and Brittany Burnett and awarded him supervised visitation with his children. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).